**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DANIEL R. BAKER**
**ADC #600691** **PLAINTIFF**

**v.** **Case No. 4:25-cv-01009-KGB**

**RONNIE HOSKINS, *Correctional Officer/Corporal, Arkansas Department of Correction*** **DEFENDANT**

**ORDER**

Before the Court is United States Magistrate Judge Joe J. Volpe's Partial Recommended Disposition ("Partial Recommendation") (Dkt. No. 4) and Recommended Disposition ("Recommendation") (Dkt. No. 23). Also before the Court is plaintiff Daniel R. Baker's motion for voluntary dismissal (Dkt. No. 22).

Neither Baker nor defendant Ronnie Hoskins has filed objections to the Recommendation, and the time to do so has passed. After careful consideration, the Court adopts the Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 23). The Court grants Baker's motion for voluntary dismissal (Dkt. No. 22) and dismisses Baker's claims without prejudice (Dkt. No. 2).

Because the Court grants Baker's motion for voluntary dismissal, the Court declines to adopt as moot the Partial Recommendation (Dkt. No. 4).

It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would be frivolous and not taken in good faith.

It is so ordered this 17th day of August, 2026.

Kristine G. Baker
Chief United States District Judge